# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131989

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOSEPH NOSAL and CHRISTINA NOSAL,
      Plaintiffs-Appellants,

v

CITY OF POTTERVILLE,
          Defendant-Appellee,
and

POTTERVILLE SEWER DISTRICT,
          Defendant.

SC: 131989
COA: 268647
Eaton CC: 05-000499-CZ

_____/

      On order of the Court, the application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120